JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02526-JWH(DFMx) | Date | August 1, 2025 |
| Title | *David Nguyen et al v. PLR Worldwide Sales Limited* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Priscilla Deason | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On May 2, 2025, the Court issued an order directing Plaintiff to show cause, in writing, on or before July 31, 2025, why this action should not be dismissed for lack of prosecution [ECF No. 16]. As of today's date, no response has been filed.

Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**